FILED'07 FEB 21 12:55USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JEAN HOUSTON,<br><br>   Plaintiff,<br><br>v.<br><br>SHERATON CENTRO, et al.,<br><br>   Defendants. | Civ. No. 05-3092-CO<br><br><br><br><br><br>**ORDER** |

**PANNER, District Judge:**

    Magistrate Judge John P. Cooney filed Findings and Recommendation. The matter is now before this court. <u>See</u> 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). When either party objects to any portion of a Magistrate Judge's Findings and Recommendation, the district court must make a <u>de novo</u> determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1)(C); <u>McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.</u>, 656 F. 2d 1309, 1313 (9th Cir. 1981).

    Here, plaintiff objects to the Findings and Recommendation.

- ORDER

I have, therefore, given this matter <u>de</u> <u>novo</u> review. I find no error. Accordingly, I ADOPT the Findings and Recommendation of Magistrate Judge Cooney.

## CONCLUSION

Magistrate Judge Cooney's Findings and Recommendation (#44) is adopted. Defendants' motion to dismiss the amended complaint (#20) is granted.

IT IS SO ORDERED.

DATED this 21 day of February, 2007.

_____
OWEN M. PANNER
U.S. DISTRICT COURT JUDGE

2 - ORDER